[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 97-1158

GERMAIN RAMIREZ-FERNANDEZ,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge] 

Before

Torruella, Chief Judge, 
Stahl and Lynch, Circuit Judges. 

Germain Ramirez-Fernandez on brief pro se. 
Jay P. McCloskey, United States Attorney, and F. Mark Terison, 
Assistant United States Attorney, on brief for appellee.

December 22, 1997


Per Curiam. We have carefully reviewed the briefs 

and the record on appeal. We affirm essentially for the

reasons given by Magistrate Judge in his Recommended

Decision, which was adopted by the District Court. 

Affirmed. Loc. R. 27.1. 

-2-